IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN DAVID SCHAEFFER, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| KILOLO KIJAKAZI,[1] | : | No. 21-cv-3081 |
| Acting Commissioner of Social Security. | : | |

## ORDER

AND NOW on this 30th day of November 2023, upon consideration of Plaintiff Stephen David Schaeffer's Brief and Statement of Issues in Support of Request for Review (Doc. 10) and Defendant's Response (Doc. 17), it is hereby **ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT** is entered in favor of the Defendant and against Plaintiff;

3. The Clerk of Court is **DIRECTED** to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Craig M. Straw
CRAIG M. STRAW
U.S. MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi is now the Acting Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, she should be substituted for Andrew Saul as Defendant in this suit. See also 42 U.S.C. § 405(g) (stating "[a]ny action instituted in accordance with this subsection shall survive notwithstanding any change in the person occupying the office of the Commissioner of Social Security or any vacancy in such office.")